**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **ROGER LEE HENDERSON,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:15-cv-00571** |
| | ) | |
| **v.** | ) | **DISMISSAL ORDER** |
| | ) | |
| **COMMONWEALTH OF VIRGINIA** | ) | |
| **(AMHERST CO.,VA),** | ) | **By:  Norman K. Moon** |
| **Defendant(s).** | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action

is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to plaintiff.

ENTER:  This __4th__ day of December, 2015.

_Norman K. Moon_
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE